**Order entered October 6, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01109-CV

**TRACY LYNN RENNIE, KEITH BAILEY AND DAVID LEWIS GOLDEN, Appellants**

**V.**

**KEITH ALAN YOUNG, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-03129-2009**

## ORDER

We **GRANT** court reporter Shawn R. Gant's October 2, 2014 request for extension of time to file record and **ORDER** the reporter's record be filed no later than October 10, 2014.


/s/     ADA BROWN
        JUSTICE